UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHWADE SUBRAN, et al.,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Patrick Aiken's** Motion for Authorization to Fund Investigation (DE 120), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED in part. Counsel for the defendant is authorized to expend an amount not to exceed $1,000.00, exclusive of costs, for the services of an investigator to aid in the preparation of the defense. Counsel shall submit an original CJA 21 the undersigned within seven days of the date of this order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of March, 2008.

                      LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Richard Della Fera, Esq.
Marshall Louis, Esq.
Ivan Mercado, Esq.
Steven Kassner, Esq.