UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ISHWADE SUBRAN, et al.,

      Defendants.
_____

**O R D E R**

THIS CAUSE is before the Court on defendant **Patrick Aiken's** Motion to Approve Expedited Transcript of March 18, 2008 Hearing, Daily Transcripts of Trial, and Additional Funds for Investigator (DE 132), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

      ORDERED and ADJUDGED as follows:

      1.  The Motion to Approve Expedited Transcript of March 18, 2008, Hearing is GRANTED.  Counsel shall submit an original CJA 24 form to the undersigned forthwith.

      2.  The Motion for Additional Funds for Investigator is GRANTED.  Counsel for the defendant is authorized to expend an additional amount not to exceed $600.00, exclusive of costs, for the services of an investigator to aid in the preparation of the defense.  Counsel shall submit an original CJA 21 form to the undersigned forthwith.

3. The Motion for Daily Transcripts of Trial is DENIED without prejudice to refile as a separate motion to be resolved by U.S. District Judge William J. Zloch.

Counsel is instructed not to file multiple motions as one document.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of March, 2008.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Richard Della Fera, Esq.
AFPD Chantel Doakes (FTL)
Ivan Mercado, Esq.
Steven Kassner, Esq.