UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              **O R D E R**

ISHWADE SUBRAN, PATRICK
AIKEN, WADE PARKER and
ANTHONY FOSTER,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 136) filed herein by United States Magistrate Judge Lurana S. Snow and upon the Objections To Magistrate's Report (DE 144) filed by the Defendant, Patrick Aiken. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Defendant Patrick Aiken's Objections To Magistrate's Report (DE 144) be and the same is hereby **OVERRULED**;

    2.    The Report And Recommendation (DE 136) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court; and

    3.    The Motion To Adopt Motion To Dismiss (DE 137) filed

herein by Defendant Wade Parker be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of April, 2008.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record