UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        **O R D E R**

ISHWADE SUBRAN, PATRICK
AIKEN, WADE PARKER and
ANTHONY FOSTER,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. Good cause appearing, it is hereby **ORDERED** that the above-styled cause be and the same is hereby transferred to the Honorable James I. Cohn for trial only. The undersigned retains jurisdiction of this cause for any sentencings that may be necessary. Accordingly, after due consideration it is further

    **ORDERED AND ADJUDGED** as follows:

    1. Parties should take notice that trial is set for Monday, May 12, 2008 at 9:30 a.m. in the Honorable James I. Cohn's Courtroom at the United States District Courthouse, 299 East Broward Blvd., Fort Lauderdale, Florida 33301. The Parties are advised that they are on a trailing calendar even though the matter has been specially set and they are to communicate directly with

Judge Cohn's Chambers as to the exact date and time jury selection will commence.  Judge Cohn's Chambers's telephone number is (954) 769-5490.

    2.    Parties should come ready to proceed for trial.

    3.    Parties shall provide Judge Cohn three (3) copies of their exhibit list and their witness list at the commencement of trial.

    4.    Parties also shall provide Judge Cohn a copy of their proposed jury instructions and their proposed verdict form in print and electronic format at the commencement of trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable James I. Cohn

Bruce O. Brown, Esq., AUSA
For Plaintiff

Richard Della-Fera, Esq.
Marshall Dore Louis, Esq.
Ivan Mercado, Esq.
Steven Kassner, Esq.
For Defendants