```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
              CASE NO. 07-60238-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                  **O R D E R**

ISHWADE SUBRAN, PATRICK
AIKEN, WADE PARKER and
ANTHONY FOSTER,

      Defendants.
_____/

    THIS MATTER is before the Court sua sponte.  Good cause appearing, it is hereby **ORDERED** that the above-styled cause be and the same is hereby reassigned to the Honorable William J. Zloch for the purpose of conducting the sentencing hearings and imposing sentences as to defendants.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the above-styled cause is hereby **REASSIGNED** to the Honorable William J. Zloch for the purpose of conducting the sentencing hearings and imposing sentences as to defendants, Ishwade Subran, Patrick Aiken, Wade Parker and Anthony Foster.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of July, 2008.

                                               */s/ William J. Zloch*
                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:
Bruce O. Brown, Esq., AUSA
Richard Della-Fera, Esq.
Marshall Dore Louis, Esq.
Ivan Mercado, Esq.
Steven Kassner, Esq.